**MEMO ENDORSED**

**Law Offices of Donald Yannella, P.C.**
Member of NY & NJ Bars
Tel: (212) 226-2883
Fax: (646) 430-8379
Email: nynjcrimlawyer@gmail.com

70 Grand Avenue, Suite 100                                    233 Broadway, Suite 2370
River Edge, NJ  07661                                              New York, NY  10279
                                                                              (Preferred mailing address)

May 26, 2020

Hon. William H. Pauley
Daniel P. Moynihan United States Courthouse
United States District Court
500 Pearl Street
New York, NY  10007

Re:   US v. Rodney Person, 09 Cr. 983 (WHP)

Dear Judge Pauley:

I am counsel for Rodney Person, and I respectfully request a 45-day adjournment of his violation of supervised release hearing, currently scheduled for May 28, 2020.  Mr. Person was arraigned on the specifications by the Hon. Deborah A. Batts, and the matter was adjourned pending the outcome of Mr. Person's Westchester County indictment, # 1079-2019, on which the seven specifications are based.

Fred Bittlingmaier, Mr. Person's attorney in the Westchester County indictment, informs me that the narcotics were suppressed after a *Mapp* hearing. Mr. Person still faces misdemeanor and traffic offenses in Westchester County, and that case is pending without a specified adjournment date.

AUSA Michael Maimin informs me that he has no objection to the adjournment.

Sincerely,

Donald J. Yannella, Esq.

Application granted.  Conference adjourned to July 22, 2020 at 11:00 a.m.

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

May 27, 2020