# MEMO ENDORSED

## Law Offices of Donald Yannella, P.C.
Member of NY & NJ Bars
Tel: (212) 226-2883
Fax: (646) 430-8379
Email: nynjcrimlawyer@gmail.com

70 Grand Avenue, Suite 100  				233 Broadway, Suite 2370
River Edge, NJ 07661  				New York, NY 10279
 							(Preferred mailing address)

July 17, 2020

Hon. William H. Pauley
Daniel P. Moynihan United States Courthouse
United States District Court
500 Pearl Street
New York, NY 10007

Re:   US v. Rodney Person, 09 Cr. 983 (WHP)

Dear Judge Pauley:

I am counsel for Rodney Person, and I respectfully request that the violation of supervised release hearing, currently scheduled for July 22, 2020, be adjourned to a date in September 2020. Mr. Person was arraigned on the specifications by the Hon. Deborah A. Batts, and the matter was adjourned pending the outcome of Mr. Person's Westchester County indictment, # 1079-2019, on which the seven specifications are based.

Fred Bittlingmaier, Mr. Person's attorney in the Westchester County indictment, informs me the case is still pending without a specified adjournment date. There is the possibility of the case being listed for July 27, 2020. Mr. Bittlingmaier also informs me that he has no further update from the Westchester County District Attorney's Office regarding resolution of that indictment.

AUSA Michael Maimin informs me that he has no objection to the adjournment.

Application granted. Conference adjourned to October 2, 2020 at 2:00 p.m.

SO ORDERED:

*[signature]*
WILLIAM H. PAULEY III
U.S.D.J.

July 20, 2020

Sincerely,

/s/
Donald J. Yannella, Esq.