**MEMO ENDORSED**

## Law Offices of Donald Yannella, P.C.
Member of NY & NJ Bars
Tel: (212) 226-2883
Fax: (646) 430-8379
Email: nynjcrimlawyer@gmail.com

70 Grand Avenue, Suite 100                           233 Broadway, Suite 2370
River Edge, NJ 07661                                      New York, NY 10279
                                                                   (Preferred mailing address)

September 28, 2020

Hon. William H. Pauley
Daniel P. Moynihan United States Courthouse
United States District Court
500 Pearl Street
New York, NY 10007

      Re:   US v. Rodney Person
               09 Cr. 983 (WHP)

Dear Judge Pauley:

      I am counsel for Rodney Person, and I respectfully request that the violation of supervised release (VOSR) hearing, currently scheduled for October 2, 2020, be adjourned to a date in January 2021. Mr. Person was arraigned on the specifications by the Hon. Deborah A. Batts, and the matter was adjourned pending the outcome of Mr. Person's Westchester County indictment, # 1079-2019, on which the seven specifications are based.

      Fred Bittlingmaier, Mr. Person's attorney for the Westchester County indictment, informs me the District Attorney filed a motion to reargue the suppression motion. The next appearance in Westchester County Superior Court is on December 16, 2020.

AUSA Michael Maimin informs me that he takes no position with respect to my request for an adjournment of this VOSR hearing.

Sincerely,

/s/
Donald J. Yannella, Esq.

c.   AUSA Michael Maimin
     US Probation Officer Esteban Montanez

Application granted.  Conference adjourned to January 21, 2021 at 11:30 a.m.  Defense counsel to provide an update to the Court on the open state case by January 19, 2021.

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

September 29, 2020