UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,                          :

       -against-                                       :                    09 Cr. 983 (WHP)

Rodney Person,                                           :                    ORDER
                   Defendant.          :
------------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

       This Court will hold a teleconference on Tuesday, February 9, 2021 at 11:00 a.m.

regarding defendant's supervision.  The dial-in number is 888-363-4749, passcode 3070580.

Dated:  January 21, 2021
       New York, NY

               SO ORDERED:

               WILLIAM H. PAULEY III
               U.S.D.J.