Law Offices of
# Donald J. Yannella
A Professional Corporation

Email: nynjcrimlawyer@gmail.com
Tel: (212) 226-2883
Fax: (646) 430-8379

| | |
|---|---|
| 70 Grand Avenue, Suite 100<br>River Edge, NJ 07661 | 233 Broadway, Suite 2370<br>New York, NY 10279<br>(Preferred mailing address) |

**MEMO ENDORSED**

April 2, 2021

Hon. William H. Pauley
Daniel P. Moynihan United States Courthouse
United States District Court
500 Pearl Street
New York, NY 10007

      Re:    US v. Rodney Person
                09 Cr. 983 (WHP)

Dear Judge Pauley:

      I am counsel for Rodney Person, and I respectfully request that the violation of supervised release (VOSR) hearing, currently scheduled for April 6, 2021, be adjourned for ninety days.

      Mr. Person was arraigned on the specifications by the Hon. Deborah A. Batts, and the matter was adjourned pending the outcome of Mr. Person's Westchester County indictment, # 1079-2019, on which the seven specifications are based.

      Fred Bittlingmaier, Mr. Person's attorney for the Westchester County indictment, informs me that he and Mr. Person appeared virtually in Westchester County Court before Judge Barry Warhit, the administrative judge. He informs me that the case was adjourned to June 10 for an in-person conference, presumably to set a date for suppression hearings and trial. Judge Warhit told the parties that, in all likelihood, a September date is anticipated.

      AUSA Michael Maimin informs me that he takes no position with respect to adjourning this VOSR hearing.

          Sincerely,

          /s/
          Donald J. Yannella, Esq.

c.    AUSA Michael Maimin
     US Probation Officer Esteban Montanez

Application granted.  Teleconference adjourned to July 15, 2021 at 11:00 a.m.  The dial in will be 888-363-4749, passcode 3070580.  Defense counsel to provide a status report by July 12, 2021

SO ORDERED:

_/s/ William H. Pauley III_
WILLIAM H. PAULEY III
U.S.D.J.

April 5, 2021