UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
               Government,

      -against-

RODNEY PERSON,
               Defendant.
------------------------------------------------------------X

09 CR. 983 (RMB)

**ORDER**

      In light of the continuing COVID-19 pandemic, the supervised release hearing scheduled for Tuesday, August 17, 2021 at 9:30 AM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

      Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 9836

Dated: August 12, 2021
       New York, NY

                                            RICHARD M. BERMAN
                                                U.S.D.J.