**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
     Government,

                  09 CR. 983 (RMB)

 -against-

                  **ORDER**

RODNEY PERSON,
     Defendant.
------------------------------------------------------------X

   The supervised release hearing previously scheduled for Tuesday, August 17, 2021 at 9:30 AM is hereby rescheduled to Wednesday, August 18, 2021 at 11:00 AM.

   In light of the continuing COVID-19 pandemic, the proceeding is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

   Participants, members of the public and the press can use the following dial-in information:

   USA Toll-Free Number: (877) 336-1829
   Access Code: 6265989
   Security Code: 9836

Dated: August 16, 2021
     New York, NY

                   _____
                    RICHARD M. BERMAN
                    U.S.D.J.