UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

UNITED STATES OF AMERICA,

                Government,                    09 Cr 983 (RMB)

      - against -                                  **ORDER**

RODNEY PERSON,

                Defendant(s).

------------------------------------------------------------x

Effective immediately, the Court modifies the terms of supervised release to include weekly therapeutic counseling and weekly drug testing. See Transcript of proceedings held on August 18, 2021 for a complete record. *The Court also includes weekly in person or phone contact with the Probation Officer.*

Dated: New York, New York
         August 18, 2021

                                                            */s/ RMB*

                                                    RICHARD M. BERMAN
                                                    U.S.D.J.