**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
UNITED STATES OF AMERICA,
                              Government,

                                                          09 CR. 983 (RMB)

        -against-

                                                          **ORDER**

RODNEY PERSON,
                              Defendant.
-------------------------------------------------------------X

      In light of the continuing COVID-19 pandemic, the supervised release hearing scheduled for Wednesday, September 8, 2021 at 9:30 AM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

      Participants, members of the public and the press can use the following dial-in information:

      USA Toll-Free Number: (877) 336-1829
      Access Code: 6265989
      Security Code: 9836


Dated: September 1, 2021
      New York, NY


_____
      RICHARD M. BERMAN
      U.S.D.J.