UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
     Government,

                        09 CR. 983 (RMB)

 -against-

                        **ORDER**

RODNEY PERSON,
     Defendant.
------------------------------------------------------------X

  The supervised release hearing previously scheduled for Monday, October 25, 2021 at 12:30 PM is hereby rescheduled to Wednesday, October 27, 2021 at 2:15 PM.

  In light of the continuing COVID-19 pandemic, the supervised release hearing is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

  Participants, members of the public and the press can use the following dial-in information:

  USA Toll-Free Number: (877) 336-1829
  Access Code: 6265989
  Security Code: 9836

Dated: October 21, 2021
   New York, NY

                   _____
                    RICHARD M. BERMAN
                      U.S.D.J.