UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
              Government,

-against-

RODNEY PERSON,
              Defendant.
------------------------------------------------------------X

09 CR. 983 (RMB)

**ORDER**

      The Court hereby schedules a supervised release hearing for Wednesday, August 3, 2022 at 10:00 AM.

      In light of the continuing COVID-19 pandemic, the supervised release hearing is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

      Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 9836

Dated: July 20, 2022
       New York, NY

_____
RICHARD M. BERMAN
U.S.D.J.