**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                              Government,

                                                                          09 CR. 983 (RMB)

          -against-
                                                                          **ORDER**

RODNEY PERSON,
                              Defendant.
------------------------------------------------------------X


          The supervised release hearing previously scheduled for Thursday, September 15, 2022
at 9:00 AM is hereby rescheduled to Wednesday, September 14, 2022 at 10:30 AM.

          In light of the continuing COVID-19 pandemic, the supervised release hearing is being
held by video pursuant to the CARES Act and applicable implementing court procedures.

          Members of the public and the press can use the following dial-in information to access
the audio of the proceeding:

          USA Toll-Free Number: (877) 336-1829
          Access Code: 6265989
          Security Code: 9836


Dated: August 30, 2022
          New York, NY


                                                            _____
                                                                RICHARD M. BERMAN
                                                                        U.S.D.J.