March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

       -v-

RODNEY PERSON        ,
            Defendant(s).

-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

09 -CR- 983 (RMB) (__)

Defendant __RODNEY PERSON_____ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___    Initial Appearance/Appointment of Counsel

___    Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___    Preliminary Hearing on Felony Complaint

___    Bail/Revocation/Detention Hearing

_X_    Status and/or Scheduling Conference

___    Misdemeanor Plea/Trial/Sentence

*Rodney Person*
_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

**Rodney Person**
_____
Print Defendant's Name

*Donald Yannella*
_____
Defense Counsel's Signature

**Donald Yannella, Esq.**
_____
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing & audio technology.

9/14/2022
_____
Date

*Richard M. Berman*
_____
U.S. District Judge/U.S. Magistrate Judge