**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                        09 CR. 983 (RMB)
   -against-

                                        **ORDER**

RODNEY PERSON,
                Defendant.
------------------------------------------------------------X

      The proceeding scheduled for Wednesday, November 30, 2022 at 2:15 PM is being held by video.

      Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

      Dial-in Number: (646) 453-4442
      Access Code: 623 473 925#

Dated: November 15, 2022
      New York, NY

                                            _____
                                              RICHARD M. BERMAN
                                                   U.S.D.J.