March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

                -v-

RODNEY PERSON,

                Defendant(s).

-----------------------------------------------------------------X

**CONSENT TO PROCEED BY TELECONFERENCE**

09 Cr. 983 (RMB) (      )

Defendant **RODNEY PERSON** hereby voluntarily consents to participate in the following proceeding via teleconferencing:

____ Initial Appearance/Appointment of Counsel

____ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

____ Preliminary Hearing on Felony Complaint

____ Bail/Revocation/Detention Hearing

_X_ Status and/or Scheduling Conference

_x_ Plea/Trial/Sentence

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/30/22

*Rodney Person by attorney DY*
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

RODNEY PERSON
Print Defendant's Name

*Donald Yannella* (signature)
Defense Counsel's Signature

Donald Yannnella, Esq.
Print Defense Counsel's Name

This proceeding was conducted by reliable teleconference technology.

11/30/22
Date

RMB
U.S. District Judge/U.S. Magistrate Judge