UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

    -against-

RODNEY PERSON,
                Defendant.
------------------------------------------------------------X

09 CR. 983 (RMB)

**ORDER**

The supervised release hearing scheduled for Thursday, December 22, 2022 at 10:00 AM – in the absence of defense objection – will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Access Code: 697 389 85#

Dated: December 14, 2022
       New York, NY

_____
RICHARD M. BERMAN
U.S.D.J.