UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                            09 CR. 983 (RMB)

   -against-

                                                          **AMENDED ORDER**

RODNEY PERSON,
                Defendant.
------------------------------------------------------------X

      The supervised release hearing scheduled for Thursday, December 22, 2022 at 10:00 AM is hereby rescheduled to Wednesday, December 21, 2022 at 10:30 AM.

      In the absence of defense objection – will be held by video.

      Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

      Dial-in Number: (646) 453-4442
      Access Code: 697 389 85#

Dated: December 15, 2022
         New York, NY

                                                    _____
                                                         RICHARD M. BERMAN
                                                               U.S.D.J.