UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                         :
                    Government,          :         09 CR. 983 (RMB)
                                         :
        - against -                      :         **ORDER**
                                         :
RODNEY PERSON,                           :
                    Defendant.           :
---------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday March 16, 2023 at 10:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 318 977 225#

Dated: March 8, 2023
       New York, NY

                                                   _____
                                                   **RICHARD M. BERMAN**
                                                   **U.S.D.J.**