**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                         :
                                                  :
                          Government,           :        09 CR. 983 (RMB)
                                                  :
        - against -                              :        **ORDER**
                                                  :
RODNEY PERSON,                                    :
                           Defendant.            :
-------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, August 3, 2023 at 11:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 535 338 912#

Dated: July 24, 2023
       New York, NY

                                                  _____
                                                    **RICHARD M. BERMAN**
                                                          **U.S.D.J.**