**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                            :
                      Government,   :    09 CR. 983 (RMB)
                                            :
       - against -                     :    **ORDER**
                                            :
RODNEY PERSON,                              :
                      Defendant.    :
------------------------------------------------------------------x

The supervised release hearing is scheduled for Wednesday, November 8, 2023 at 9:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 325 333 076#

Dated: November 1, 2023
       New York, NY

                                                      _____
                                                       **RICHARD M. BERMAN**
                                                             **U.S.D.J.**