UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                    :
                                             :
                Government,   :    09 CR. 983 (RMB)
                                             :
     - against -                            :    **ORDER**
                                             :
RODNEY PERSON,                               :
                Defendant.    :
-------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, February 1, 2024 at 9:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 838 088 160#

Dated: January 17, 2024
       New York, NY

                                                */s/ Richard M. Berman*
                                                **RICHARD M. BERMAN**
                                                      **U.S.D.J.**