UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
UNITED STATES OF AMERICA,                      :
                                                                        :
                    Government,         :        09 CR. 983 (RMB)
                                                                        :
        - against -                               :        **<u>ORDER</u>**
                                                                        :
RODNEY PERSON,                                        :
                    Defendant.          :
----------------------------------------------------------------x

        The supervised release hearing is scheduled for Thursday, March 28, 2024 at 1:00 P.M.

        In the absence of defense objection, the proceeding will be held by video.

        Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

        Dial-in Number: (646) 453-4442
        Conference ID: 489 046 45#

Dated: March 18, 2024
           New York, NY

                                                             */s/ Richard M. Berman*

                                                   **RICHARD M. BERMAN**
                                                             **U.S.D.J.**