UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                                                          :
                            Government,           :          09 CR. 983 (RMB)
                                                                          :
           - against -                           :          **ORDER**
                                                                          :
RODNEY PERSON,                                    :
                            Defendant.              :
------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, May 30, 2024 at 12:00 P.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 930 672 212#

Dated: May 22, 2024
        New York, NY

                                                              **RICHARD M. BERMAN**
                                                                    **U.S.D.J.**