UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>RODNEY PERSON,<br><br>                    Defendant. | 09-CR-983 (RMB)<br><br>**ORDER** |

The supervised release hearing is scheduled for Thursday, August 15, 2024 at 11:00 AM.

The proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

Dial-in Number: (646) 453-4442

Conference ID: 914 081 258#

Video Link: hyperlinked here

Mr. Person was sentenced on September 17, 2012 to 120 months of incarceration and five years of supervised release. Supervision is scheduled to expire on August 29, 2025. Mr. Person has maintained compliance with his conditions of supervised release and is employed. His treatment provider stated that Person "has been an amazing client."

The Court received an application for early termination on February 15, 2024. At the last hearing, the Court stated that it will hold "one more hearing" and "if everything [remains] as positive" at this upcoming hearing, the Court expected to grant early termination.

Date: August 7, 2024
New York, New York

_Richard M. Berman_
**RICHARD M. BERMAN, U.S.D.J.**