Probation Form No. 35
(1/92)

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.    Docket No. 9-CR-983 (RMB)

Rodney Person

On November 30, 2022, the above named was placed on Supervised Release for a period of 33 Months. He has complied with the rules and regulations of Supervised Release and is no longer in need of supervision. It is accordingly recommended that Rodney Person be discharged from Supervised Release.

Respectfully submitted,

by _____

Maritza Almonte
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Date this __15th__ day of __August__, 20 __24__.

_____
Honorable Richard M. Berman
Senior U.S. District Judge